**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KENNETH SIMPSON,          )
                                    )
        Plaintiff,         )
                                    )
      v.                )          No. 4:26-cv-377-JSD
                                    )
RODNEY SIPPELL, et al.,     )
                                    )
        Defendants.      )

### MEMORANDUM AND ORDER

Plaintiff Kenneth Simpson has filed a civil complaint in this Court, but he has not paid the $405 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 1.) *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis").

Further, the complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Plaintiff will therefore be directed to file an amended complaint on Court-provided forms AND to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended petition on the Court's form within **30 days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original and amended complaint and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 25th day of March, 2026.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE